UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 00-cr-00310-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO GONZALEZ,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, May 11, 2007,** and responses to these motions shall be filed by **Monday, May 21, 2007**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Thursday, May 31, 2007, at 4:00 p.m.**  It is

FURTHER ORDERED that a two-week jury trial is set to commence **Monday, June 18, 2007, at 9:00 a.m.**

    Dated:  April 24, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge