UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 00-cr-00310-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO GONZALEZ,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Unopposed Motion for Enlargement of Time in Which to File Motions (filed May 10, 2007) and the Government's Motion to Declare Case Complex (filed May 16, 2007). I first address Defendant's Motion for Enlargement of Time.

    Defendant asserts that he needs additional time to file motions as he needs to convert the extensive discovery in this case, currently on a compact disc, to LaserFische so that the discovery can be searched and organized. Defendant's Motion for Enlargement of Time is granted. Defendant has up to and including Monday, June 11, 2007, in which to file additional motions. The Government shall respond to any additional motions within ten (10) days of service of the motion(s).

    I now address the Government's Motion to Declare Case Complex. The motion requests that the case be declared complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) due to the nature of the case which involves alleged conspiracies to possess with intent

to distribute cocaine and to commit money laundering.  The Government also asserts that the discovery is voluminous.  It is requested that the Court vacate the trial date and set a scheduling and status conference on or after August 13, 2007.  The motion is unopposed.

The Government's motion is granted in part and deferred in part.  The motion is granted as to the request to vacate the trial date and set a scheduling/status conference and deferred as to the request to declare the case complex.  In light of the extension of time granted to Defendant to file motions and the voluminous discovery, I find that this case is not ready for trial.  The hearing on pending motions/final trial preparation conference set for Thursday, May 31, 2007, and the trial set to commence June 18, 2007 are thus vacated.  In vacating the trial, I note that the speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since pretrial motions have been filed that have not yet been heard or decided.  A status/scheduling conference is set for August 22, 2007, at 4:00 p.m.  The request to declare the case complex in the Government's motion shall be heard at that conference.

In conclusion, it is

ORDERED that Defendant's Unopposed Motion for Enlargement of Time in Which to File Motions (filed May 10, 2007) is **GRANTED**.  It is

FURTHER ORDERED that the Government's Motion to Declare Case Complex is **GRANTED IN PART AND DEFERRED IN PART** consistent with this Order.  It is

FURTHER ORDERED that the hearing on pending motions/final trial preparation conference set for Thursday, May 31, 2007, at 4:00 p.m. and the trial set to commence

Monday, June 18, 2007, are **VACATED**.  The speedy trial deadlines are tolled pursuant to 18 U.S.C. § 3161(h)(1)(F).  It is

FURTHER ORDERED that a status and scheduling conference is set for **Wednesday, August 22, 2007, at 4:00 p.m.**  The Government's request to have the case declared complex shall be heard at the status and scheduling conference.

Dated:  May 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge